**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   RALPH A. MCKINLEY
   JACQUELINE L. MCKINLEY
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:15-10730 TPA

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/09/2015 and confirmed on 12/30/2015 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,000.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 882.16 | |
|    Trustee Fee | 410.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,292.16 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX8-15 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 7,984.32 | 0.00 | 7,984.32 |
|     Acct: 7506 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 102,025.46 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX7-15 | | | | |
|   CITY OF HERMITAGE** | 1,753.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 2934 | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 1,229.34 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3;98 | | | | |
|   INTERNAL REVENUE SERVICE* | 28,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX2893 | | | | |
|   SHARP COLLECTIONS | 381.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 2213 | | | | |
|   CREDIT ACCEPTANCE CORP* | 15,085.76 | 190.91 | 527.61 | 718.52 |
|     Acct: 5209 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6532 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| WELLS FARGO BANK DBA WELLS FARGO | 568.77 | 0.00 | 0.00 | 0.00 |
| Acct: 2600 | | | | |
| | | | | 8,702.84 |
| **Priority** | | | | |
| GARY V SKIBA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RALPH A. MCKINLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RALPH A. MCKINLEY | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| YOCHIM SKIBA & NASH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY V SKIBA ESQ | 3,300.00 | 882.16 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0141 | | | | |
| PA DEPARTMENT OF REVENUE* | 10,287.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0141 | | | | |
| CLERK, U S BANKRUPTCY COURT | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXX0730 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| 500 FAST CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AQUA PENNSYLVANIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4319 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7099 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2850 | | | | |
| CHASE/JPMORGAN CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0040 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3421 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7109 | | | | |
| PERFORMANT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1332 | | | | |
| JOSEPH R LADNER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9270 | | | | |
| MOBILOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 3,354.42 | 0.00 | 0.00 | 0.00 |
| Acct: 3453 | | | | |
| SHARON REGIONAL HEALTH SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0956 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,483.25 | 0.00 | 0.00 | 0.00 |
| Acct: 0141 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 265.30 | 0.00 | 0.00 | 0.00 |
| Acct: 5260 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 436.87 | 0.00 | 0.00 | 0.00 |
| Acct: 0666 | | | | |
| PENN POWER/FIRST ENERGY** | 4,493.34 | 0.00 | 0.00 | 0.00 |
| Acct: 8351 | | | | |
| US DEPARTMENT OF EDUCATION** | 50,713.94 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: 2893 | AMERICAN INFOSOURCE LP - AGENT DIRE | 200.92 | 0.00 | 0.00 | 0.00 |
| Acct: 7124 | SANTANDER CONSUMER USA** | 5,682.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6532 | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                                           8,707.84

TOTAL CLAIMED
PRIORITY          10,292.00
SECURED          149,044.57
UNSECURED         67.630.79

Date: 10/13/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com