FILED
12/2/16 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-10730-TPA |
| | : | Chapter: | 7 |
| Ralph A. McKinley | : | | |
| Jacqueline L. McKinley | : | | |
| | : | Date: | 12/1/2016 |
| *Debtor(s).* | : | Time: | 11:30 |

## PROCEEDING MEMO

*MATTER:*   #101 Status Conference on LMP (Rushmore Loan Mgmt LLC)

*APPEARANCES*:
Debtor:       Gary V. Skiba
Trustee:      Tamera Ochs Rothschild (No Appearance)
Rushmore:  Laura Karl

*NOTES:*

Karl:   Some confusion with the lender because they thought the payments were coming from the Ch. 13 Trustee and now that the case has been converted have some issues. Debtors are about $5,000 behind, so gave two options to the Debtors for another trial modification or offered the permanent modification. Believe we can have it resolved within 14 days.

*OUTCOME:*   Status Conference continued to *December 21, 2016 at 11:30 AM*.

ljm