FILED
12/22/16 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-10730-TPA |
| | : | Chapter: 7 |
| Ralph A. McKinley | : | |
| Jacqueline L. McKinley | : | |
| | : | Date: 12/21/2016 |
| Debtor(s). | : | Time: 11:30 |

## PROCEEDING MEMO

*MATTER:*   #101 Cont. Status Conference on LMP
(Rushmore Loan Mgt LLC)

*APPEARANCES*:
Debtor:   Gary V. Skiba
Trustee:   Tamera Ochs Rothschild (no appearance)
Rushmore:   Laura Karl (video)

*NOTES:*

Skiba:   We have a loan modification, awaiting signatures.

Karl:   That shouldn't be a problem.

*OUTCOME:*   Motion to Approve Loan Modification to be filed on or before January 13, 2017

vas