FILED
12/22/16 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RALPH A. MCKINLEY and | : | Case Number 15-10730 TPA |
| JACQUELINE L. MCKINLEY | : | Chapter 7 |
| *Debtors* | : | |
| | : | |
| RALPH A. MCKINLEY and | : | |
| JACQUELINE L. MCKINLEY | : | |
| *Movants* | : | Related to Document No. 46, 73, 101 |
| v. | : | |
| RUSHMORE LOAN | : | |
| MANAGEMENT, LLC | : | |
| *Respondent* | : | |

## ORDER

AND NOW, this **22nd** day of **December, 2016,** after continued status conference on the *Loss Mitigation Program* at Document No. 101,

It is hereby **ORDERED, ADJUDGED and DECREED** that, upon the Consent of Counsel at the hearing, **on or before January 13, 2017,** a Motion to Approve Loan Modification shall be filed.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
   Gary V. Skiba, Esq.
   Rushmore Loan Management, LLC, c/o Andrew F. Gornall, Esq., KML Law Group, P.C.
      and Pratik Shah, DMM Point of Contact, 1755 Wittington Pl Ste 400, Dallas TX 75234
   Tamera Ochs Rothschild, Esq., Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ralph A. McKinley
Jacqueline L. McKinley
      Debtors

Case No. 15-10730-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: amaz     Page 1 of 1     Date Rcvd: Dec 22, 2016
                          Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db/jdb        +Ralph A. McKinley,   Jacqueline L. McKinley,   746 Bobwhite Drive,   Hermitage, PA 16148-3262
               +Rushmore Loan Management, LLC,   Pratik Shah, DMM Point of Contact,
                1755 Wittington Pl Ste 400,   Dallas, TX 75234-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., successor in interest to
           Drive Financial Services bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Gary V. Skiba    on behalf of Joint Debtor Jacqueline L. McKinley gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Gary V. Skiba    on behalf of Debtor Ralph A. McKinley gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
          Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                                TOTAL: 8