```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :
RALPH A. MCKINLEY                : BANKRUPTCY NO. 15-10730-TPA
JACQUELINE L. MCKINLEY,          :
          Debtors                : CHAPTER NO.  7
                                 :
RALPH A. MCKINLEY                : Document No.
JACQUELINE L. MCKINLEY,          :
          Movants                :
                                 :
          vs.                    :
                                 :
RUSHMORE LOAN MANAGEMENT         :
SERVICES, LLC, and TAMERA OCHS   :
ROTHSCHILD, CHAPTER 7 TRUSTEE,   :
          Respondents            :
```

                       NOTICE OF HEARING
                    WITH RESPONSE DEADLINE
         ON DEBTOR MOTION TO AUTHORIZE LOAN MODIFICATION

TO THE RESPONDENT(S):

     You are hereby notified that the above Movant seeks an Order affecting your rights or property.

     You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than January 30, 2017, i.e., seventeen (17) after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

     You should take this to your lawyer at once.

     A hearing will be held on February 16, 2017, at 10:30 a.m.

before Judge Thomas P. Agresti in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of Mailing: January 13, 2017

/s/ Gary V. Skiba
Gary V. Skiba, Esq.
345 West 6th Street
Erie, PA  16507
814/454-6345
Attorney for Debtors
PA Attorney I.D. No. 18153
gskiba@yochim.com