FILED
1/17/17 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| RALPH A. MCKINLEY : | Case No. 15-10730TPA |
| JACQUELINE L. MCKINLEY : | |
| *Debtors* : | |
| : | Rel to Doc No. 109 |
| RALPH A. MCKINLEY : | |
| JACQUELINE L. M MCKINLEY : | Chapter 7 |
| *Movants* : | |
| : | Hearing: July 6, 2016 at 11:00 a.m. |
| v. : | |
| : | |
| RUSHMORE LOAN MGMT SVCS : | |
| *Respondents* : | |

## ORDER

AND NOW, this *17th* day of *January, 2017,* it is hereby **ORDERED, ADJUDGED and DECREED** that the *Motion for Approval of Loan Modification* filed by the Debtors at Document No. 109 previously scheduled for February 16, 2017 at 10:30 A.M. in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie PA has been **RESCHEDULED** to *February 8, 2017* at *10:30 A.M.*

It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before *February 6, 2017.*

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case Administrator to serve:
  Debtor
  Debtor'sCounsel
  Lauren B. Karl, Esq.
  LML Law Group, P.C.
  Spectra II
  2591 Wexford –Bayne Road, Suite 201
  Sewickley, PA 15143
  Tamera Ochs Rothschild, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ralph A. McKinley  
Jacqueline L. McKinley  
     Debtors

Case No. 15-10730-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: amaz     Page 1 of 1     Date Rcvd: Jan 17, 2017  
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.  
db/jdb        +Ralph A. McKinley,    Jacqueline L. McKinley,    746 Bobwhite Drive,    Hermitage, PA 16148-3262  
              +Lauren B. Karl, Esq.,    LML Law Group, P.C.,    Spectra II,    2591 Wexford Bayne Road, Suite 201,  
               Sewickly, PA 15143-8676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust  
         agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., successor in interest to Drive Financial Services bsolomon@tuckerlaw.com,  
         dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
        Gary V. Skiba    on behalf of Joint Debtor Jacqueline L. McKinley gskiba@yochim.com, donna@yochim.com;rose227@hotmail.com  
        Gary V. Skiba    on behalf of Debtor Ralph A. McKinley gskiba@yochim.com, donna@yochim.com;rose227@hotmail.com  
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com  
        Tamera Ochs Rothschild    trothschild@gmx.com,    pa70@ecfcbis.com  
                                                                                                                    TOTAL: 8