```
                  IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                             :
RALPH A. MCKINLEY                  : BANKRUPTCY NO. 15-10730-TPA
JACQUELINE L. MCKINLEY,            :
          Debtors                  : CHAPTER NO.  7
                                   :
RALPH A. MCKINLEY                  : Document No.
JACQUELINE L. MCKINLEY,            :
          Movants                  :
                                   :
          vs.                      :
                                   :
RUSHMORE LOAN MANAGEMENT           :
SERVICES, LLC, and TAMERA OCHS     :
ROTHSCHILD, CHAPTER 7 TRUSTEE,     :
          Respondents              :
```

CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 13, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 6, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 7, 2017           By:/s/ Gary V. Skiba
                                     Gary V. Skiba, Esq.
                                     345 West 6th Street
                                     Erie, PA  16507
                                     814/454-6345
                                     Attorney for Debtor
                                     PA Attorney I.D. No. 18153
                                     gskiba@yochim.com