Application name

# Loss Mitigation Final Report

**Debtors:** Ralph A. McKinley and Jacqueline L. McKinley  **Case No:** 15-10730
**Loan No:** ******7506  **Judge:** Judge Agresti
**Debtor Attorney:** Gary V. Skiba  **Ch:** 7

## Portal Information

The Creditor **was** Registered on the Portal at the time the LMO was issued
The Debtor uploaded a Complete Core LMP Package to the Portal on **02/18/2016**
The Creditor Acknowledged Receipt of Debtor's Uploaded Information on **02/19/2016**

## Requests For Loss Mitigation

**Requests for Loss Mitigaton:** 1

**Request 1**
The Request was filed on **09/23/2015** at docket no. **41**
The Creditor Name on the Request is **Rushmore Loan Management Service**
The Creditor Name as registered on the Portal is **Rushmore Loan Management, LLC**
Request denied or ordered to be re-filed? **Yes**
  Reason: Need to file certificate of service
  The request **was** re-filed at docket no. **43**
Loss Mitigation Order **was** filed
  Order filed on **10/08/2015** at docket no. **46**

## Deadlines

The Debtor missed the following deadlines:
  Upload Complete Core LMP Package - 10/15/2015
  File and Serve a LM Status Report - 02/15/2016

The Creditor did not miss any LMP deadlines

## Status Reports

**Status Reports Filed:** 3

**Status Report 1**
The Status Report was filed on **12/10/2015** at docket no. **54**

**Status Report 2**
The Status Report was filed on **04/01/2016** at docket no. **65**

**Status Report 3**
The Status Report was filed on **04/11/2016** at docket no. **70**

# Sua Sponte Deadline Extensions

**Sua Sponte Deadline Extensions Filed:** 2

**Sua Sponte Extension 1**
The Extension was granted sua sponte by Judge **Judge Agresti** on **12/23/2015** at docket no. **59**
Reason: Time to submit additional documents requested by creditor
Result: Documents submitted

**Sua Sponte Extension 2**
The Extension was granted sua sponte by Judge **Judge Agresti** on **12/22/2016** at docket no. **107**
Reason: Time to submit motion to authorize loan modification
Result: Motion to Authorize Loan Modfication filed 01/13/2016, Doc. No. 109

# Deadline Extensions

**Deadline Extensions Filed:** 0

# Requests to Terminate / Withdraw

**Requests to Terminate / Withdraw Filed:** 0

# Hearings / Status Conferences

**Hearings or Status Conferences Held:** 3

**Hearing / Status Conference 1**
The Hearing / Status Conference was held on **12/21/2015** before **Judge Agresti**
Subject matter: Debtors not current on adequate protection payments and failure to upload completed LMP package
Outcome: Court granted additional time
An order **was** issued on **12/23/2015** at docket no. **59**

**Hearing / Status Conference 2**
The Hearing / Status Conference was held on **12/01/2016** before **Judge Agresti**
Subject matter: Status of loan modification and effect of conversion from chapter 13 to chapter 7
Outcome: New hearing scheduled for 12/21/2016
An order **was** issued on **12/02/2016** at docket no. **104**

**Hearing / Status Conference 3**
The Hearing / Status Conference was held on **12/21/2016** before **Judge Agresti**
Subject matter: Status of loan modification
Outcome: Direction that a Motion to Approve Loan Modification be filed by 01/13/2017
An order **was** issued on **12/22/2016** at docket no. **107**

# Results

**Trial Loan Modification:**

There **was** a Trial Loan Modification
An Interim Mortgage Modification Order **was** issued on **04/18/2016** at docket no. **73**

**Outcome:**

The outcome of the LMP was **Loan Modification**
Details and Terms: Loan Modification Agreement approved by order 02/08/2017, Doc. No. 114. New principal balance of $315,541.99. Maturity date 08/01/2045. New monthly payment of $2,430.61 including escrow of $556.74.

**I have reviewed the details set forth above. I, Gary V. Skiba, am verifying, subject to perjury, the accuracy of the information set forth in this Loss Mitigation Final Report.**

Gary V. Skiba
Attorney ID# 18153
Email Address: gskiba@yochim.com
345 W. 6th Street, Erie, PA 16507
814-454-6345
Attorney for: Ralph A. McKinley and Jacqueline L. McKinley

Date Report Completed: 03/31/2016

© 2017 - My ASP.NET Application

## Currently Viewing:

Borrower Name: McKinley, Ralph
Property Address: 746 Bobwhite Drive Hermigage, PA 16148
Servicer Name: Rushmore Loan Management, LLC
Loan Number: 7600047506

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 11-04-2015 09:55:00 | Attorney | File Submitted |

File Submitted by Gary Skiba.
The following documents were submitted:
McKinley (Loan #7600047506) - Borrower Authorization (Added 10-23-2015)
McKinley (Loan #7600047506) - Dodd-Frank Certification (Added 10-23-2015)
McKinley (Loan #7600047506) - IRS Form 4506-T (Added 10-23-2015)
McKinley (Loan #7600047506) - Financial Statement (Added 10-23-2015)
McKinley (Loan #7600047506) - Credit Authorization (Added 10-23-2015)
McKinley (Loan #7600047506) - Hardship Letter (Added 10-23-2015)
McKinley (Loan #7600047506) - HAMP Request for Modification and Affidavit (RMA) (Added 10-23-2015)
McKinley (Loan #7600047506) - Disability Income / VA Benefits (Added 10-23-2015)
McKinley (Loan #7600047506) - Homeowner's Insurance Declaration Page (ONLY if insurance is not escrowed) (Added 10-23-2015)
McKinley (Loan #7600047506) - Proof of Occupancy - i.e., utility bill or phone bill (Added 10-23-2015)
McKinley (Loan #7600047506) - Most Recent 1 Tax Returns (Added 11-02-2015)
McKinley (Loan #7600047506) - Most Recent 3 Month's Complete Bank Statement (Added 11-03-2015)
McKinley (Loan #7600047506) - Pension Income / Other Retirement Accounts (Added 11-03-2015)
McKinley (Loan #7600047506) - Most Recent 8 Pay Stubs (Added 11-04-2015)
McKinley (Loan #7600047506) - Loss Mitigation Order (Added 11-04-2015)

| | | |
|---|---|---|
| 11-04-2015 10:01:06 | Servicer | File Opened |

File Opened by Stevie Glowacz

| | | |
|---|---|---|
| 11-05-2015 14:55:58 | Servicer | Docs Incomplete Notice |

| Date | Activity By | Action Taken |
|---|---|---|

**File Rejected by:** Mitchell Walter.
**Reason:** Incomplete Package
**Due Date:** 12-05-2015
**Message:**

- **Other:** 1) Contribution letter for Jacqueline with amount/percentage contributed 2) SSI award letter for 3 other SSI amount for 187.00 each ****only have SSI award letter for the amount 1,122

McKinley (Loan #7600047506) - 7600047506_SF LOSS MITIGATION_HP213 Incomplete Information Package_CK2 11052015 (Added 11-05-2015)

| 11-05-2015 14:57:50 | Servicer | Message Sent |
|---|---|---|

**From:** Mitchell Walter
**Subject:** Initial Package Received and Reviewed
**Message:** Hello,
Please be advised initial package has been reviewed and addtional documents have been requested see attached letter.
**Attached Files:**
McKinley (Loan #7600047506) - 7600047506_SF LOSS MITIGATION_HP213 Incomplete Information Package_CK2 11052015 (Added 11-05-2015)

| 12-02-2015 20:11:36 | Servicer | Message Sent |
|---|---|---|

**From:** Mitchell Walter
**Subject:** follow up on docs requested
**Message:** Hello,

Just sending a message as a follow up on the status of the additional docs requested.
Please advise.

| 12-03-2015 11:59:46 | Attorney | Borrower Docs Uploaded |
|---|---|---|

Gary Skiba added the following documents:
McKinley (Loan #7600047506) - Children's 1099s (Added 12-03-2015)
McKinley (Loan #7600047506) - Bank Statement (Added 12-03-2015)
McKinley (Loan #7600047506) - McKinley email (Added 12-03-2015)

| 12-03-2015 12:10:43 | Attorney | Message Sent |
|---|---|---|

| Date | Activity By | Action Taken |
|---|---|---|
| | | |

**From:** Gary Skiba
**Subject:** Children's social security
**CC:** mckinley6@ymail.com
**Message:** Mr. Walter -- McKinleys have not been able to find the award letter for their 3 children for social security. They were able to find -- and I have just uploaded -- the 1099s for each of the 3 children for social security for 2014, the bank statement for 8/11/15 through 9/10/15 to show the deposits of $187.00 for each of the 3 children on 8/12, and Mr. McKinley's email explaining why the deposits might now appear on every statement. Is this sufficient to establish the McKinley's income from their children's social security? Is anything else needed in the way of documentation? Gary Skiba

| 12-03-2015 19:36:40 | Servicer | Message Sent |
|---|---|---|

**From:** Mitchell Walter
**Subject:** Response to message:Re: SSI Award letter and additonal docs
**Message:** Hello,

Unfortunitally we need the most recent SSI award letters, this will need to be requested from social security office or maybe available to request online.
Also we need:
NEED CONTRIBUTION LETTER FROM JACQUELINE

| 12-05-2015 16:00:44 | Attorney | Message Sent |
|---|---|---|

**From:** Gary Skiba
**Subject:** mckinley6@ymail.com
**Message:** I am sending your message of yesterday to clients right away and will see what can be done fast. What must Jacqueline agree to contribute? She is equally responsible for the mortgage along with Ralph. GS

| 12-07-2015 14:34:05 | Servicer | Message Sent |
|---|---|---|

**From:** Mitchell Walter
**Subject:** REPONSE MSG
**Message:** Hello,

Please advise client for the contribution from Jacqueline needs to be what she contributes. I cannot give an amount to enter, this info comes from your clients.

| 12-07-2015 15:05:33 | Attorney | Message Sent |
|---|---|---|

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Gary Skiba
**Subject:** mckinley6@ymail.com
**Message:** I will be drafting a statement of contribution form Jacqueline McKinley and will transmit to you as soon as I get it back. GS

| 12-14-2015 20:01:02 | Servicer | Message Sent |

**From:** Mitchell Walter
**Subject:** FOLLOW UP ON DOC REQUESTED
**Message:** Hello,

Just following on the docs still needed for a complete package to send to mod underwritting: Please advise status of Contribution letter and have borrower's requested the SSI award letters?

| 01-06-2016 18:43:32 | Servicer | Message Sent |

**From:** Mitchell Walter
**Subject:** Follow Up of Requested Docs
**Message:** Hello,

Please advise status of the requested docs needed to complete the loan mod package.

| 01-15-2016 11:22:51 | Servicer | Message Sent |

**From:** Mitchell Walter
**Subject:** Follow Up On Docs Requested
**Message:**
Hello,

**Just following up to check on the status of the documents needed to complete the package:**

**1) Contribution letter for Jacqueline with amount/percentage contributed**

**2) SSI award letter for 3 other SSI amount for 187.00 each**

**Thanks**

| 01-19-2016 17:27:08 | Attorney | File Resubmitted |

| Date | Activity By | Action Taken |
|---|---|---|
| | | |

Gary Skiba resubmitted file for review:
**Reason:** Completed Package
**Message:** The three missing award letters for social security to the McKinley's 3 minor children have been attached.
**Attached Files:**
McKinley (Loan #7600047506) - Social Security (Added 01-19-2016)

| | | |
|---|---|---|
| 01-19-2016 17:28:06 | Servicer | File Opened |

File Opened by Stevie Glowacz

| | | |
|---|---|---|
| 01-19-2016 17:33:58 | Attorney | Message Sent |

**From:** Gary Skiba
**Subject:** Ralph and Jacqueline McKinley
**Message:** I believe that, with the submission of the award letters for the McKinley's 3 children, the documentation is complete. Do you think anything is missing?

| | | |
|---|---|---|
| 01-20-2016 14:47:41 | Servicer | Message Sent |

**From:** Mitchell Walter
**Subject:** Still Missing 1 outstanding document
**Message:**
hello,

we are still missing

1) Contribution letter for Jacqueline with amount/percentage contributed

| | | |
|---|---|---|
| 01-20-2016 14:52:24 | Servicer | Docs Incomplete Notice |

**File Rejected by:** Mitchell Walter.
**Reason:** Incomplete Package
**Due Date:** 02-05-2016
**Message:**
- **Other:** 1) Contribution letter for Jacqueline with amount/percentage contributed

| | | |
|---|---|---|
| 02-04-2016 18:48:22 | Servicer | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Mitchell Walter
**Subject:** Missing doc Still Outstanding
**Message:**
Hello,

Please advise status of requested document as it has still not been received.

| 02-05-2016 09:49:04 | Attorney | Message Sent |
|---|---|---|

**From:** Gary Skiba
**Subject:** Contribution letter
**Message:** Mr. Walter -- I am drafting a contribution letter to be signed by Jacqueline after I corroborate the exact amount. Last year she made $1,683.00/mo. from social security, her only source of income; and I need to double-check whether that increased slightly as it sometimes does. She contributes 100% of that to household expenses. I should have the letter to you by this Monday 2/8. Gary Skiba

| 02-16-2016 19:55:16 | Servicer | Message Sent |
|---|---|---|

**From:** Mitchell Walter
**Subject:** outstanding docs not received file is to be denied due to incomplete package
**Message:** Please be advised additional document requested not received. FIle is to be denied due to incomplete package

| 02-18-2016 12:18:55 | Attorney | File Resubmitted |
|---|---|---|

Gary Skiba resubmitted file for review:
**Reason:** Completed Package
**Message:** Jacqueline McKinley's letter confirming her income from social security and her contribution of the entire amount to household expenses has been uploaded.
**Attached Files:**
McKinley (Loan #7600047506) - (Added 02-18-2016)

| 02-18-2016 12:27:40 | Attorney | Message Sent |
|---|---|---|

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Gary Skiba
**Subject:** Documents
**Message:** Mr. Walter -- Jacqueline McKinley's letter corroborating her income from social security and her contribution of the entire amount to household expenses has just been uploaded. This, I believe, completes the package. Your message 2/16/16 indicates that the application will be denied because of incomplete submissions. With this last item, can this determination be reversed? Must I ask for an extension and resubmit everything? Please let me know. Gary Skiba

| | | |
|---|---|---|
| 02-18-2016 12:31:42 | Servicer | File Opened |

File Opened by Mitchell Walter

| | | |
|---|---|---|
| 02-18-2016 12:33:07 | Servicer | Message Sent |

**From:** Mitchell Walter
**Subject:** document received
**Message:**
Hello,

File was reopened to review document submitted and deteremine complete pkg. I will advise once review is completed.

| | | |
|---|---|---|
| 02-18-2016 12:35:12 | Attorney | Message Sent |

**From:** Gary Skiba
**Subject:** Documents
**Message:** Mr.Walter -- Thanks. GS

| | | |
|---|---|---|
| 02-19-2016 13:44:48 | Servicer | Docs Complete Notice |

**File Completed by:** Mitchell Walter.
**Message:**
COMPLETE HAMP MOD PKG RECEIVED FILE HAS BEEN SUBMITTED TO MOD DEPARTMENT FOR DECISION

| | | |
|---|---|---|
| 02-19-2016 13:46:26 | Servicer | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Mitchell Walter
**Subject:** COMPLETE HAMP MOD PKG RECVD
**Message:**
Hello,

We have received a complete HAMP Loan Modification package and file has been submitted to MOD department for decision. See Attached Acknowledgment letter

**Attached Files:**
McKinley (Loan #7600047506) - 7600047506_SF LOSS MITIGATION_HP211 Ack Receipt of Initial Package_ (Added 02-19-2016)

| 03-02-2016 17:02:17 | Servicer | Message Sent |
|---|---|---|

**From:** Mitchell Walter
**Subject:** Loan Modification Trial Plan Approved
**Message:**
Hello,

Loan Mod Trial Plan approved see attached Mod Trial Plan Agreement:

Terms of Mod Trial Plan as follows:

Down Payment Amount: $2,410

Borrower Executed Mod Trial Plan Agreement due with down payment.

6 month Trial Plan payment of $2,410

Starting April 1, 2016 Ending September 1,2016

**Attached Files:**
McKinley (Loan #7600047506) - MCKINLEY_7600047506_StipAgreement (Added 03-02-2016)

| 03-02-2016 17:04:41 | Servicer | Decision Reported |
|---|---|---|

Decision reported by Mitchell Walter.
**Message:** Approved: 6 month Mod Trial Plan Approved 4/1/2016 to 9/1/2016 Trial Plan payment Amount $2,410 Down Payment of $2,410 due in March 2016 with Executed MOD Trial Plan Agreeement
**Attached File:** MCKINLEY_7600047506_StipAgreement.pdf

| 03-04-2016 10:51:42 | Attorney | Message Sent |
|---|---|---|

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Gary Skiba
**Subject:** Ralph & Jacqueling McKinley
**CC:** mckinley6@ymail.com
**Message:**

Mr. Walter -- Mr. and Mrs. McKinley will agree to the terms of the Trial Modification Agreement that accompanied Rushmore Loan Management's letter of March 2, 2016. They intend to send the Agreement and also the certified check for $2,410.00 within the next few days, and Rushmore should receive them well within the 14 days required by the Agreement.

Some additional factors/queries. At $2,410.00/mo. the McKinleys cannot also make the additional payments required by the ch. 13 plan; and they plan to convert their case to ch. 7 shortly. Does this impact the Agreement in any way?

Does the $2,410.00 include an escrow for both insurance and taxes? They believe that taxes but not insurance were included in their regular payments previously.

The McKinleys receive a significant amount of their income electronically on the first day of each month and therefore would like to make the payments due on the first by wire. Otherwise the payments may be a day late. The Agreement allows payment by "electronic transfer." How would this be arranged? The McKinleys' bank would of course need the appropriate routing and account numbers for Rushmore, and Rushmore may have a specific agreement that it uses.

Let me know if you need any further information from our side. Thanks. GarySkiba

| | | |
|---|---|---|
| 03-04-2016 11:45:44 | Servicer | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Mitchell Walter
**Message:**
The trial plan payment is just a payment that be applied to loan past due arrears and its estimate of escrow and P&I for projected final MOD, the final modifcation will have escrow for both taxes and insurance.

For the Bk plan and conversion from 13 to 7, that I would refer you to speak with our counsel in regards to that aspect. for monthly payments they can send certified funds or they can call to make payment with BK department, active bk loans cannot make online payments. Accounts have to be current and not in Foreclosesure, Bankruptcy, or Loss Mitigation Active process. So the account would need to be in reqular servicing for the online payment option. If they want to send cerified funds in mail they do have at least 10 days before system breaks the payment plan, but I would recommend Western Union.

| | | |
|---|---|---|
| 03-11-2016 15:42:53 | Attorney | Message Sent |

**From:** Gary Skiba
**Subject:** Ralph & Jacqueline McKinley
**CC:** mckinley6@ymail.com
**Message:**
Mr. Walter -- I will contact the attorney to see whether conversion to ch 7 presents any problem. GS

| | | |
|---|---|---|
| 03-21-2016 15:43:05 | Servicer | Message Sent |

**From:** Mitchell Walter
**Subject:** follow up on MOD Trial Plan Agreement and Down Payment
**Message:**
Hello,

Just wanted to advise the down payment and the borrower signed trial plan agreeement have not been received yet. According do communication on 3/11/16 it was advised we would receive the down payment funds within 14 days. The docs were dated 3/2/16 that would have the docs due by 3/17/16, please advise.


Thanks

| | | |
|---|---|---|
| 03-21-2016 18:03:47 | Attorney | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Gary Skiba
**CC:** mckinley6@ymail.com
**Message:**
Mr. Walter -- My last information was that clients were having expensive problems with their vehicle and would be sending only a partial payment along with the signed agreement. I will try to contact them to see what is happening. Gary Skiba

| | | |
|---|---|---|
| 03-21-2016 18:13:22 | Attorney | Message Sent |

**From:** Gary Skiba
**CC:** mckinley6@ymail.com
**Message:**
Mr. Walter -- I was able to contact client. He will send you at least $1,000.00 tomorrow along with the signed agreement. The problem is timing. Mr. McKinley told me that they can make the payments at $2,410.00/mo. but not the additional $2,410.00 required by 3/16. We hope that the basic agreement can still stand. Please advise. Gary Skiba

| | | |
|---|---|---|
| 03-21-2016 18:41:37 | Servicer | Message Sent |

**From:** Mitchell Walter
**Message:**
Hello,

Last communication on 3/11 did not advise of car issues. They need to have down payment by 3/30 for $2410. The first trial plan payment is due 4/1/16 but we change that to 4/15 or 4/30 if needed. I know there were questions about payments due to Bk status, typically wrhen they are paying post petition payments and then they are approved for a mod trial plan, the counsel usually revives the BK plan not to include MOD payments if included in BK plan, and/or they revise Post Petition agreement if needed and also file motion to modify. from what I have seen. The goal is not to make it more difficult by paying post petiton payments or BK plan payments and also pay mod trial plan payments as well, which why BK plans are usually revised. SO the result is the borrower paying 1 payment which is the trial plan payment and then FINAL MOD terms and motion to modify usually comes next.

| | | |
|---|---|---|
| 03-24-2016 16:08:48 | Attorney | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Gary Skiba
**CC:** mckinley6@ymail.com
**Message:**
Mr. Walter -- I will be advising clients that Rushmore expects the full $2,110.00 by 3/31. I must request that the first payment thereafter by set for 4/30 and by the 30th of each successive month as you suggest. McKinleys cannot fund a plan and also pay Rushmore $2,110/mo.; it is not simply a matter of timing. I received today my copies of the signed agreement and check for $1,000.00, which is all they could afford after the car. Is there any way that the payment could be reduced to something less than $2,110? GS

| | | |
|---|---|---|
| 03-24-2016 16:10:31 | Attorney | Message Sent |

**From:** Gary Skiba
**CC:** mckinley6@ymail.com
**Message:**
Mr. Walter -- Excuse me. $2,410.00 by 3/30. GS

| | | |
|---|---|---|
| 03-24-2016 16:45:41 | Servicer | Message Sent |

**From:** Mitchell Walter
**Message:**
If Borrower Executed docs for Trial Plan and Down Payment of $2,410 are received by 3/30, then First Payment of $2,410

Can due Adjusted to 4/30 and all reamining payments to be end of the month.

DP due 3/30 $2,410

6 month TP $2,410


1st TP 4/30

2nd TP 5/31

3rd TP 6/30

4th TP 7/31

5th TP 8/31

6th TP 9/30

| | | |
|---|---|---|
| 03-24-2016 16:51:46 | Attorney | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Gary Skiba
**CC:** mckinley6@ymail.com
**Message:**
Mr. Walter -- So noted. I will advise clients. Ralph, Jacqueline, please give me a call. GS

| | | |
|---|---|---|
| 03-28-2016 20:45:57 | Servicer | Message Sent |

**From:** Mitchell Walter
**Subject:** Bwr executed MOD Stip plan docs received Down Payment Short
**Message:**
Hello,

Please be advised, last communican advised Mod Stip Plan Docs are Down Payment of $2,410.

We only received $1,000, short $1,410 please advise status on the remaining funds for the down payment. If full down payment not received then funds maybe returned and MOD cancelled for MOD terms not accepted.

| | | |
|---|---|---|
| 03-30-2016 12:42:30 | Servicer | Message Sent |

**From:** Mitchell Walter
**Subject:** Status on remaining DP
**Message:**
Please advise status of remaining $1,410 fpr the down payment

| | | |
|---|---|---|
| 03-31-2016 16:33:28 | Attorney | Message Sent |

**From:** Gary Skiba
**CC:** mckinley6@ymain.com
**Message:**
Mr. Walter -- Mr. McKinley is getting the check or money order right now and should have it in the mail tonight for pickup tomorrow. So your receipt probably Monday. Gary Skiba

| | | |
|---|---|---|
| 06-01-2016 16:49:27 | Servicer | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Pratik Shah
**Subject:** stip payments
**Message:**
Hello,

Can we please have debtor send in the correct amount for trial payments? The trial payment is $2,410 and we keep receiving $2,405.00. Please have debtor include difference of $10 in next payment to send in $2420 for June.

thanks

| | | |
|---|---|---|
| 06-01-2016 18:23:27 | Attorney | Message Sent |

**From:** Gary Skiba
**Subject:** Payments in correct amount
**CC:** mckinley6@ymail.com
**Message:**
Mr. Shah -- I will transmit your message of 6/1/16 to clients. Gary Skiba

| | | |
|---|---|---|
| 06-02-2016 08:36:18 | Servicer | Account Change |

**File Changed by:** Steven Larson.
**Change(s):**
Contact Name changed from Mitchell Walters to Pratik Shah.
Contact Direct Phone changed from (469) 458-5923 to (469) 458-5914.

| | | |
|---|---|---|
| 07-22-2016 16:21:22 | Servicer | Message Sent |

**From:** Pratik Shah
**Subject:** short payments
**Message:**
Good afternoon,

For July all we received is $1250. We need the difference by 07/31st. STIP payment amount is $2410.

| | | |
|---|---|---|
| 07-23-2016 14:26:19 | Attorney | Message Sent |

**From:** Gary Skiba
**Message:**
Understood and will transmit to clients. GS

| | | |
|---|---|---|
| 11-03-2016 12:59:11 | Attorney | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Gary Skiba
**Subject:** Ralph & Jacquelyn McKinley
**CC:** mckinley6@ymail.com
**Message:**
I received the following email from my clients:

*As fate would have it, the day after we spoke at your office, our hot water tank shut down after 18 years of service. A plumber charged us $1,500 for a replacement tank, installed. I can provide the invoice if needed. This will set us back with Rushmore's payment for this month. Would you have a contact person we can call directly and advise of our situation? Seem I can only reach front line representatives and they know nothing of our bankruptcy/loan mod status.*

The McKinleys would like a meaningful reduction of the payment due this month in light of this financial crunch. Is anything possible along these line? Please call me at 814/454-6345. Gary Skiba

| | | |
|---|---|---|
| 11-18-2016 16:36:14 | Attorney | Message Sent |

**From:** Gary Skiba
**Subject:** Ralph & Jacqueline McKinley
**CC:** mckinley6@ymail.com
**Message:**
I received a telephone call from the bankruptcy court, which wants to know the status. The trial period was to end 9/1/16. What has happened to date so far? Will Rushmore agree to a final modification? Please advise. Gary Skiba

| | | |
|---|---|---|
| 11-30-2016 10:35:06 | Attorney | Borrower Docs Uploaded |

Gary Skiba added the following documents: McKinley (Loan #7600047506) - Bankruptcy Court's order 11/21/2016 (Added 11-30-2016)

| | | |
|---|---|---|
| 11-30-2016 15:24:45 | Servicer | Account Change |

**File Changed by:** Viviana Santoyo.
**Change(s):**
Contact Name changed from Pratik Shah to Viviana Santoyo.
Contact Direct Phone changed from (469) 458-5914 to (469) 458-5904.

| | | |
|---|---|---|
| 12-05-2016 10:45:52 | Servicer | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Viviana Santoyo
**Subject:** Final Mod
**Message:**
Please see final mod.

**Attached Files:**
McKinley (Loan #7600047506) - MCKINLEY_7600047506_FINAL MOD DOCS.pdf (Added 12-05-2016)

| | | |
|---|---|---|
| 12-06-2016 10:17:54 | Servicer | Message Sent |

**From:** Viviana Santoyo
**Subject:** REAFFIRMATION DOCUMENTS
**Message:**
Please be sure to execute the Reaffirmation agreement as well. They will need to be returned with the stip agreement.

**Attached Files:**
McKinley (Loan #7600047506) - 7600047506 McKinley Reaff agreement.pdf (Added 12-06-2016)

| | | |
|---|---|---|
| 12-06-2016 15:50:21 | Attorney | Message Sent |

**From:** Gary Skiba
**Subject:** RE: Final Mod
**Message:**
I have received the loan modification agreement and forwarded to clients. Thank you. Gary Skiba

| | | |
|---|---|---|
| 12-20-2016 14:21:57 | Attorney | Borrower Docs Uploaded |

Gary Skiba added the following documents: McKinley (Loan #7600047506) - Loan Modification Agreement with Borrowers' Signatures (Added 12-20-2016)

| | | |
|---|---|---|
| 01-11-2017 12:06:15 | Servicer | Message Sent |

**From:** Viviana Santoyo
**Subject:** Signed final mod
**Message:**
Please see signed final mod docs.

**Attached Files:**
McKinley (Loan #7600047506) - Signed final mod.pdf (Added 01-11-2017)

| Date | Activity By | Action Taken |
|---|---|---|
| 02-09-2017 11:56:58 | Attorney | Borrower Docs Uploaded |

Gary Skiba added the following documents: McKinley (Loan #7600047506) - McKinley Order 2-8-17 (Added 02-09-2017)

| | | |
|---|---|---|
| 02-09-2017 15:06:38 | Attorney | Closed/Final Result |

**File Closed by:** Gary Skiba.
**Final Result:** Loan Modified.
**Message:**
Loan Modification approved by order of 02/08/2017, Doc. No. 114. New principal balance of $315,541.99. New maturity date of August 1, 2045. New monthly payment of $2,430.61 including escrow of $556.74. Final report filed February 9, 2017.

© 2017 - My ASP.NET Application