FILED
2/8/17 9:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RALPH A. MCKINLEY | : | BANKRUPTCY NO. 15-10730-TPA |
| JACQUELINE L. MCKINLEY, | : | |
| Debtors | : | CHAPTER NO. 13 |
| | : | |
| RALPH A. MCKINLEY | : | Document No. 109 |
| JACQUELINE L. MCKINLEY, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| RUSHMORE LOAN MANAGEMENT | : | |
| SERVICES, LLC, and TAMARA OCHS | : | |
| ROTHSCHILD, CHAPTER 7 TRUSTEE, | : | |
| Respondents | : | |

ORDER

AND NOW, to-wit, this 8th day of February, 2017, it is hereby ordered that:

(1) The Loan Modification Agreement between Ralph A. McKinley and Jacqueline L. McKinley, debtors, and Rushmore Loan Management Services, LLC, is approved.

(2) The terms of the loan shall be as follows:

    A. New Due Date: January 1, 2017 and the first of each month thereafter.

    B. New Monthly Payment: $2,430,61.

    C. Interest Rate: 5.755

    D. Loan Term: 332 months

    E. Maturity Date: August 1, 2045

    F. Principal Balance: $315,541.99

    G. Balloon Payment: N/A

    H. Prepetition Arrearages: N/A

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ralph A. McKinley
Jacqueline L. McKinley
    Debtors

Case No. 15-10730-TPA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: amaz      Page 1 of 1      Date Rcvd: Feb 08, 2017
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2017.
db/jdb      +Ralph A. McKinley,    Jacqueline L. McKinley,    746 Bobwhite Drive,    Hermitage, PA 16148-3262
14075421      Rushmore Loan Management Services, LLC,    Customer Service Department,    P.O. Nox 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                  Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., successor in interest to Drive Financial Services bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
         Gary V. Skiba    on behalf of Joint Debtor Jacqueline L. McKinley gskiba@yochim.com, donna@yochim.com;rose227@hotmail.com
         Gary V. Skiba    on behalf of Debtor Ralph A. McKinley gskiba@yochim.com, donna@yochim.com;rose227@hotmail.com
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
         Tamera Ochs Rothschild    trothschild@gmx.com,    pa70@ecfcbis.com
         TOTAL: 8