FILED
2/17/17 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          :
RALPH A. MCKINLEY               : BANKRUPTCY NO. 15-10730-TPA
JACQUELINE L. MCKINLEY,         :
            Debtors             : CHAPTER NO.  7
                                :
RALPH A. MCKINLEY               : Document No.  118
JACQUELINE L. MCKINLEY,         :
            Movants             :
                                :
       vs.                      :
                                :
TAMERA OCHS ROTHSCHILD,         :
CHAPTER 7 TRUSTEE,              :
            Respondent          :
                                ORDER
```

AND NOW, to-wit, this ___17th___ day of February, 2017, upon consideration of the forgoing motion, said motion is GRANTED; and the closing of this case and issuance of the written discharge shall be delayed to February 28, 2017, during which time the debtors may file the certificate that they attended the second instructional course required for discharge by 11 U.S.C. § 727(a)(11).

Thomas P. Agresti
United States Bankruptcy Judge

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-10730-TPA
Ralph A. McKinley                                                      Chapter 7
Jacqueline L. McKinley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: amaz            Page 1 of 1            Date Rcvd: Feb 17, 2017
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db/jdb        +Ralph A. McKinley,    Jacqueline L. McKinley,    746 Bobwhite Drive,    Hermitage, PA 16148-3262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc., successor in interest to
           Drive Financial Services bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Gary V. Skiba    on behalf of Debtor Ralph A. McKinley gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Gary V. Skiba    on behalf of Joint Debtor Jacqueline L. McKinley gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
          Tamera Ochs Rothschild    trothschild@gmx.com,   pa70@ecfcbis.com
                                                                                        TOTAL: 8